Beck, appellant, v. Beck, respondent.

HUSBAND AND WIFE — *Divorce* — *Advisory verdict set aside* — *Revised Statutes Montana, section 508.*— Under Revised Statutes Montana, section 508, divorce cases are of chancery jurisdiction, and in such cases the decree must proceed from the chancellor, and verdicts or special findings, being advisory in such cases, may be approved or disregarded as the conscience of the chancellor may demand.

APPEAL — *Order denying new trial* — *Decree presumed in accord with evidence.*— On an appeal from an order denying a motion for a new trial, there being no evidence before the appellate court, the judgment and decree below will be presumed to be supported by the evidence until the contrary appears.

*Appeal from District Court, Gallatin County.*

DIVORCE.

VIVION & SHELTON, for the appellant.

LUCE & ARMSTRONG and J. L. STAATS, for the respondent.

WADE, C. J.    This is an action for divorce.    There was a trial before a jury, and a general verdict in favor of plaintiff.    The defendant thereupon made a motion for a judgment in his favor, notwithstanding the verdict for plaintiff, and this motion was granted.    The appeal is from the judgment, and there is no evidence in the record.    Divorce cases are of chancery jurisdiction (R. S. § 508), and in such cases the decree must proceed from the chancellor.    Verdicts or special findings are merely advisory, and may be approved or disregarded as the conscience of the chancellor may demand.

There was no motion for a new trial, and therefore the evidence is not before us.    The judgment and decree are presumed to be supported by the evidence, until the contrary appears.

Judgment affirmed, with costs.

GALBRAITH, J., McLEARY, J., and BACH, J., concur.